HOUSING AUTHORITY v. TRUESDALE

No. 120 PC.

Case below: 40 N.C. App. 425.

Petition by defendant for discretionary review under G.S. 7A-31 allowed and the cause is remanded to the Court of Appeals with directions to reinstate defendant's appeal to that Court 12 June 1979. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 12 June 1979.

JACOBSON v. PENNEY CO.

No. 128 PC.

Case below: 40 N.C. App. 551.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.

LEE v. TIRE CO.

No. 102 PC.

Case below: 40 N.C. App. 150.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 June 1979.

LUDWIG v. HART

No. 96 PC.

Case below: 40 N.C. App. 188.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 5 June 1979.

MANUFACTURING CO. v. LOGAN TONTZ CO.

No. 117 PC.

Case below: 40 N.C. App. 496.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 5 June 1979.